AO 440A (8/87) Notice and Acknowledgment For Service by Mail

# United States District Court

SOUTHERN DISTRICT OF NEW YORK

APRIL BARHYDT, an individual,

V.

MUTUAL PHARMACEUTICALS, INC., UNITED RESEARCH LABORATORIES, PHARMACEUTICAL HOLDINGS CORP., AR SCIENTIFIC, INC., AR HOLDING COMPANY, INC.,

**NOTICE AND ACKNOWLEDGMENT FOR SERVICE BY MAIL**

CASE NUMBER: 08-CIV-5140

**NOTICE**

To: The President of AR Scientific, Inc.
1100 Orthodox Street, Philadelphia PA 19124
_Name and Address of Person to Be Served_

The enclosed summons and complaint are served pursuant to the Rule 4(c)(2)(C)(ii) of the Federal Rules of Civil Procedure.

You must complete the acknowledgment part of this form and return one copy of the completed form to the sender **to be received by the sender within 20 days of the date of mailing indicated below.**

You must sign and date the acknowledgment. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

**If you do not complete and return the form to the sender within the period indicated above,** you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving the summons and complaint in any other manner permitted by law.

**THIS FORM IS NOT AN ANSWER TO THE COMPLAINT.** You must answer the complaint within the period of time indicated on the summons. If you fail to do so, judgment by default may be taken against you for the relief demanded in the complaint.

I declare under penalty of perjury that this Notice and Acknowledgment of Receipt of Summons and Complaint will have been mailed on July 11, 2008.
_Date_

_Signature of Sender_

LILA RAZMARA
_Name of Sender_

2 CORPORATE PARK, SUITE 110
IRVINE, CA 92606
_Address of Sender_

**ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT**

I declare under penalty of perjury that I received a copy of the summons and of the complaint in this case on 7/18/08 at 7722 Dungan Rd Phila., PA 19111
_Date of Receipt_     _Address_

7/18/08
_Date of Signature_

RG Kremer
_Signature_

Richard A Kremer
_Name (Please Type or Print)_

Finance Director
_Relationship of Entity Served or Authority to Receive Service of Process_

_Current Address_

AO-440A

AO 440A (8/87) Notice and Acknowledgment For Service by Mail

# United States District Court

SOUTHERN DISTRICT OF NEW YORK

APRIL BARHYDT, an individual,

V.

MUTUAL PHARMACEUTICALS, INC., UNITED RESEARCH
LABORATORIES, PHARMACEUTICAL HOLDINGS CORP., AR
SCIENTIFIC, INC., AR HOLDING COMPANY, INC.,

**NOTICE AND ACKNOWLEDGMENT FOR SERVICE BY MAIL**

CASE NUMBER: 08-CIV-5140

**NOTICE**

To: Albert Roberts, President of United Research Laboratories
1100 Orthodox Street, Philadelphia PA 19124
Name and Address of Person to Be Served

The enclosed summons and complaint are served pursuant to the Rule 4(c)(2)(C)(ii) of the Federal Rules of Civil Procedure.

You must complete the acknowledgment part of this form and return one copy of the completed form to the sender **to be received by the sender within 20 days of the date of mailing indicated below.**

You must sign and date the acknowledgment. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

**If you do not complete and return the form to the sender within the period indicated above,** you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving the summons and complaint in any other manner permitted by law.

**THIS FORM IS NOT AN ANSWER TO THE COMPLAINT.** You must answer the complaint within the period of time indicated on the summons. If you fail to do so, judgment by default may be taken against you for the relief demanded in the complaint.

I declare under penalty of perjury that this Notice and Acknowledgment of Receipt of Summons and Complaint will have been mailed on July 11, 2008.
Date

_Lila Razmara_ (signature)
Signature of Sender

LILA RAZMARA
Name of Sender

2 CORPORATE PARK, SUITE 110
IRVINE, CA 92606
Address of Sender

**ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT**

I declare under penalty of perjury that I received a copy of the summons and of the complaint in this case on 7/18/08 at 7722 Dungan Rd Phila., PA 19111
Date of Receipt / Address

7/18/08
Date of Signature

R A Kremer (signature)
Signature

Richard A Kremer
Name (Please Type or Print)

Finance Director
Relationship of Entity Served or Authority to Receive Service of Process

Current Address

AO-440A

AO 440A (8/87) Notice and Acknowledgment For Service by Mail

# United States District Court

SOUTHERN   DISTRICT OF   NEW YORK

APRIL BARHYDT, an individual,

V.

MUTUAL PHARMACEUTICALS, INC., UNITED RESEARCH LABORATORIES, PHARMACEUTICAL HOLDINGS CORP., AR SCIENTIFIC, INC., AR HOLDING COMPANY, INC.,

**NOTICE AND ACKNOWLEDGMENT FOR SERVICE BY MAIL**

CASE NUMBER: 08-CIV-5140

## NOTICE

To: The President of Pharmaceutical Holdings Corp.
1100 Orthodox Street, Philadelphia PA 19124
Name and Address of Person to Be Served

The enclosed summons and complaint are served pursuant to the Rule 4(c)(2)(C)(ii) of the Federal Rules of Civil Procedure.

You must complete the acknowledgment part of this form and return one copy of the completed form to the sender **to be received by the sender within 20 days of the date of mailing indicated below.**

You must sign and date the acknowledgment. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

**If you do not complete and return the form to the sender within the period indicated above,** you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving the summons and complaint in any other manner permitted by law.

**THIS FORM IS NOT AN ANSWER TO THE COMPLAINT.** You must answer the complaint within the period of time indicated on the summons. If you fail to do so, judgment by default may be taken against you for the relief demanded in the complaint.

I declare under penalty of perjury that this Notice and Acknowledgment of Receipt of Summons and Complaint will have been mailed on July 11, 2008.
Date

_Lila Razmara_
Signature of Sender

2 CORPORATE PARK, SUITE 110
IRVINE, CA 92606

LILA RAZMARA
Name of Sender

Address of Sender

## ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT

I declare under penalty of perjury that I received a copy of the summons and of the complaint in this case on 7/18/08 at 7722 Dungan Rd Phila., PA 19111
Date of Receipt                    Address

7/18/08
Date of Signature

_RA Kremer_
Signature

Richard A Kremer
Name (Please Type or Print)

Finance Director
Relationship of Entity Served or Authority to Receive Service of Process

Current Address

AO-440A

# United States District Court

SOUTHERN DISTRICT OF NEW YORK

APRIL BARHYDT, an individual,

V.

MUTUAL PHARMACEUTICALS, INC., UNITED RESEARCH LABORATORIES, PHARMACEUTICAL HOLDINGS CORP., AR SCIENTIFIC, INC., AR HOLDING COMPANY, INC.,

**NOTICE AND ACKNOWLEDGMENT FOR SERVICE BY MAIL**

CASE NUMBER: 08-CIV-5140

## NOTICE

To: Albert Roberts, President of Mutual Pharmaceuticals, Inc.
1100 Orthodox Street, Philadelphia PA 19124
Name and Address of Person to Be Served

The enclosed summons and complaint are served pursuant to the Rule 4(c)(2)(C)(ii) of the Federal Rules of Civil Procedure.

You must complete the acknowledgment part of this form and return one copy of the completed form to the sender **to be received by the sender within 20 days of the date of mailing indicated below.**

You must sign and date the acknowledgment. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

**If you do not complete and return the form to the sender within the period indicated above,** you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving the summons and complaint in any other manner permitted by law.

**THIS FORM IS NOT AN ANSWER TO THE COMPLAINT.** You must answer the complaint within the period of time indicated on the summons. If you fail to do so, judgment by default may be taken against you for the relief demanded in the complaint.

I declare under penalty of perjury that this Notice and Acknowledgment of Receipt of Summons and Complaint will have been mailed on July 11, 2008.
Date

_Lila Razmara_
Signature of Sender

LILA RAZMARA
Name of Sender

2 CORPORATE PARK, SUITE 110
IRVINE, CA 92606
Address of Sender

## ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT

I declare under penalty of perjury that I received a copy of the summons and of the complaint in this case on 7/18/08 at 7722 Dungan Rd Phila., PA 19111
Date of Receipt / Address

7/18/08
Date of Signature

_RA Kremer_
Signature

Richard A Kremer
Name (Please Type or Print)

Finance Director
Relationship of Entity Served or Authority to Receive Service of Process

Current Address

AO-440A