AO 440A (8/87) Notice and Acknowledgment For Service by Mail

# United States District Court

SOUTHERN    DISTRICT OF    NEW YORK

APRIL BARHYDT, an individual,

V.

MUTUAL PHARMACEUTICALS, INC., UNITED RESEARCH
LABORATORIES, PHARMACEUTICAL HOLDINGS CORP., AR
SCIENTIFIC, INC., AR HOLDING COMPANY, INC.,

**NOTICE AND ACKNOWLEDGMENT**

**FOR SERVICE BY MAIL**

CASE NUMBER: 08-CIV-5140

### NOTICE

To: The President of AR Holding Company, Inc.
1105 N. Market St., Wilmington DE 19801-1216
Name and Address of Person to Be Served

The enclosed summons and complaint are served pursuant to the Rule 4(c)(2)(C)(ii) of the Federal Rules of Civil Procedure.
You must complete the acknowledgment part of this form and return one copy of the completed form to the sender **to be received by the sender within 20 days of the date of mailing indicated below.**
You must sign and date the acknowledgment. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.
**If you do not complete and return the form to the sender within the period indicated above,** you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving the summons and complaint in any other manner permitted by law.
**THIS FORM IS NOT AN ANSWER TO THE COMPLAINT.** You must answer the complaint within the period of time indicated on the summons. If you fail to do so, judgment by default may be taken against you for the relief demanded in the complaint.
I declare under penalty of perjury that this Notice and Acknowledgment of Receipt of Summons and Complaint will have been mailed on _July 11, 2008_.
Date

_Lila Razmara_
Signature of Sender

2 CORPORATE PARK, SUITE 110
IRVINE, CA 92606

LILA RAZMARA
Name of Sender                                    Address of Sender

### ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT

I declare under penalty of perjury that I received a copy of the summons and of the complaint in this case on _7/16/08_ at _7722 Dungan Rd Philadelphia PA 19111_
Date of Receipt                                   Address

_7/16/08_                                          _R A Kremer_
Date of Signature                                 Signature

_Richard A Kremer_                                _Finance Director_
Name (Please Type or Print)                       Relationship of Entity Served or Authority
                                                  to Receive Service of Process

_7722 Dungan Rd Phila PA 19111_
Current Address

AO-440A