UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

APRIL BARHYDT, and individual,

                        Plaintiff,

-against-

MUTUAL PHARMACEUTICALS, INC.,
UNITED RESEARCH LABORATORIES,
PHARMACEUTICAL HOLDINGS CORP.,
AR SCIENTIFIC, INC., AR HOLDING
COMPANY, INC.,

                        Defendants.

**NOTICE OF APPEARANCE**

Case No.: 08-CV-5140

Judge William C. Conner

---

**PLEASE TAKE NOTICE** that the law firm of Goldberg Segalla, LLP hereby appears as counsel of record for defendants MUTUAL PHARMACEUTICALS, INC., UNITED RESEARCH LABORATORIES, PHARMACEUTICAL HOLDINGS CORP., AR SCIENTIFIC, INC., AR HOLDING COMPANY, INC., and requests that all future notices and other papers be served upon Goldberg Segalla, LLP at 170 Hamilton Avenue, Suite 203, White Plains, New York 10601-1717.

Dated: White Plains, New York
       August 21, 2008

                        Respectfully Submitted,

                        GOLDBERG SEGALLA, LLP

                        */s/ Michael D. Shalhoub*
                        _____
                        Michael D. Shalhoub (MS 2879)
                        *Attorneys for Defendants*
                        170 Hamilton Ave., Suite 203
                        White Plains, New York 10601-1717
                        Tel: (914) 798-5400
                        Fax: (914) 798-540

122860.1

## CERTIFICATE OF SERVICE

I, Michael D. Shalhoub, attorney for defendants, do hereby certify that a copy of the foregoing **NOTICE OF APPEARANCE** was served upon all counsel by first-class mail, postage prepaid, this 21st day of August 2008, addressed as follows:

>Eilen Relkin, Esq.
>WEITZ & LUXENBERG, P.C.
>189 Maiden Lane, 17th Floor
>New York, New York 10038
>(212) 558-5500
>Fax: (212) 363-2721

>-and-

>Anne Andrews, Esq.
>John C. Thornton, Esq.
>ANDREWS & THORNTON
>2 Corporate Park, Suite 110
>Irvine, CA 92606
>Tel: (949) 748-1000
>Fax: (949) 315-3548

*Attorneys for Plaintiff*

_____
MICHAEL D. SHALHOUB, ESQ. (MS 2879)