UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

APRIL BARHYDT, an individual,
    Plaintiff,

vs.

MUTUAL PHARMACEUTICALS, INC., UNITED RESEARCH LABORATORIES, PHARMACEUTICAL HOLDINGS CORP., AR SCIENTIFIC, INC., AR HOLDING COMPANY, INC.,
    Defendants.

**MOTION TO ADMIT COUNSEL**
*PRO HAC VICE*

08-CV-5140

TO:    Michael D. Shalhoub
        Goldberg & Segalla, LLP
        170 Hamilton Avenue, Suite 203
        White Plains, NY 10601-1717

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, ELLEN RELKIN, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

    Applicant's Name:    ANNE ANDREWS
    Firm Name:    Andrews & Thornton
    Address:    2 Corporate Park, Suite 110
    City/State/Zip:    Irvine, California 92606
    Phone Number:    949-748-1000
    Fax Number:    949-315-3540

ANNE ANDREWS is a member in good standing of the Bar of the State of California.

There are no pending disciplinary proceedings against ANNE ANDREWS in any State or Federal Court.

Dated:    August 22, 2008

Respectfully submitted,

By: _____
    Ellen Relkin (ER-9536)

180 Maiden Lane, 17th Floor
New York, New York 10038
(212) 558-5500
Fax: (212) 363-2721

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| APRIL BARHYDT, an individual,<br>        Plaintiff,<br><br>        vs.<br><br>MUTUAL PHARMACEUTICALS, INC.,<br>UNITED RESEARCH LABORATORIES,<br>PHARMACEUTICAL HOLDINGS CORP.,<br>AR SCIENTIFIC, INC., AR HOLDING<br>COMPANY, INC.,<br>        Defendants. | AFFIDAVIT OF ELLEN RELKIN<br>IN SUPPORT OF MOTION TO<br>ADMIT COUNSEL *PRO HAC VICE*<br><br>08-CV-5140 |

STATE OF NEW YORK    )
                                )SS.:
COUNTY OF NEW YORK  )

      ELLEN RELKIN, being duly sworn, hereby deposes and says as follows:

      1.     I am of counsel to the law offices of Weitz & Luxenberg, P.C., local counsel for plaintiff in the above captioned action. I am familiar with the proceedings in this case. I make this statement based upon my personal knowledge of the facts set forth herein and in support of Plaintiff's Motion to Admit Anne Andrews as counsel *pro hac vice* to represent Plaintiff in this matter.

      2.     I am a member in good standing of the bar of the State of New York, and was admitted to practice law in April 1985. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

      3.     I have known Anne Andrews since 2002.

      4.     Ms. Andrews is a member of the firm of Andrews & Thornton in Irvine, California.

      5.     I have found Ms. Andrews to be a skilled attorney and a person of integrity. She is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

      6.     Accordingly, I am pleased to move for the admission of Anne Andrews, *pro hac vice*.

7. I respectfully submit a proposed order granting the admission of Anne Andrews, *pro hac vice*, which is attached hereto as **Exhibit A**.

WHEREFORE, it is respectfully requested that the motion to admit Anne Andrews, *pro hac vice*, to represent Plaintiff in the above captioned matter, be granted.

Dated: New York, New York
August 22, 2008

Respectfully submitted,

By: _____
Ellen Relkin (ER-9536)

180 Maiden Lane, 17th Floor
New York, New York 10038
(212) 558-5500
Fax: (212) 363-2721

Sworn to before me this
22nd day of August 2008

_____
NOTARY PUBLIC

DEBORAH A. SAVOURS
Notary Public, State of New York
No. 01SA4944330
Qualified in Nassau County
Commission Expires Dec. 27, 2010

2

**THE STATE BAR
OF CALIFORNIA**

MEMBER SERVICES CENTER

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1639

TELEPHONE: 888-800-3400

August 1, 2008

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, ANNE ANDREWS, #103280 was admitted to the practice of law in this state by the Supreme Court of California on June 10, 1982; that from the date of her admission to July 4, 1998, she was an ACTIVE member of the State Bar of California; that on July 4, 1998, she was suspended from the practice of law in California by order of the Supreme Court; that said suspension remained in effect until September 2, 1998, upon which date she was reinstated to the ACTIVE status; and that she has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California.

THE STATE BAR OF CALIFORNIA

*[signature]*

J. Robert McPhail
Custodian of Membership Records

# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| APRIL BARHYDT, an individual,<br>　　　　　Plaintiff,<br><br>　　　vs.<br><br>MUTUAL PHARMACEUTICALS, INC.,<br>UNITED RESEARCH LABORATORIES,<br>PHARMACEUTICAL HOLDINGS CORP.,<br>AR SCIENTIFIC, INC., AR HOLDING<br>COMPANY, INC.,<br>　　　　　Defendants. | **ORDER FOR *PRO HAC VICE* ADMISSION**<br><br>08-CV-5140 |

　　　Upon the motion of ELLEN RELKIN, attorney for Plaintiff, April Barhydt, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED that**

　　　Applicant's Name:　　ANNE ANDREWS
　　　Firm Name:　　　　　Andrews & Thornton
　　　Address:　　　　　　2 Corporate Park, Suite 110
　　　City/State/Zip:　　　Irvine, California 92606
　　　Phone/Fax Number:　949-748-1000; 949-315-3540
　　　Email Address:　　　aa@andrewsthornton.com

is admitted to practice *pro hac vice* as counsel for Plaintiff, April Barhydt in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. This action is assigned to the Electronic Case Filing (ECF) system, thus counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: _____, 2008
　　　　White Plains, New York

　　　　　　　　　　　　　　　　　　　　　　　SO ORDERED:

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　WILLAM C. CONNER, USDJ

## CERTIFICATE OF SERVICE

I, Ellen Relkin, local counsel to the attorneys for the plaintiff, do hereby certify that a copy of the foregoing MOTION TO ADMIT COUNSEL PRO HAC VICE and proposed ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION was served upon all counsel by first-class mail, postage prepaid, this 22 day of August 2008, addressed as follows:

Anne Andrews, Esq.
John Thornton, Esq.
Andrews & Thornton
*Attorneys for Plaintiff*
2 Corporate Park, Suite 110
Irvine, CA  92606
Tel: (949) 748-1000
Fax: (949) 315-3548

-and-

Michael D. Shalhoub, Esq.
Goldberg Segalla, LLP
*Attorneys for Defendants*
170 Hamilton Avnenue, Suite 203
White Plains, NY  10601-1717

_____
ELLEN RELKIN (ER-9536)

3