UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

**APRIL BARHYDT, an individual,**
   Plaintiff,

vs.

**MUTUAL PHARMACEUTICALS, INC., UNITED RESEARCH LABORATORIES, PHARMACEUTICAL HOLDINGS CORP., AR SCIENTIFIC, INC., AR HOLDING COMPANY, INC.,**
   Defendants.

**MOTION TO ADMIT COUNSEL**
*PRO HAC VICE*

08-CV-5140

TO: Michael D. Shalhoub
   Goldberg & Segalla, LLP
   170 Hamilton Avenue, Suite 203
   White Plains, NY  10601-1717

   PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, ELLEN RELKIN, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

   Applicant's Name: JOHN C. THORNTON
   Firm Name: Andrews & Thornton
   Address: 2 Corporate Park, Suite 110
   City/State/Zip: Irvine, California  92606
   Phone Number: 949-748-1000
   Fax Number: 949-315-3540

   JOHN C. THORNTON is a member in good standing of the Bar of the State of California.

   There are no pending disciplinary proceedings against JOHN C. THORNTON in any State or Federal Court.

Dated:   August 22, 2008

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Respectfully submitted,

By: _____
Ellen Relkin (ER-9536)

180 Maiden Lane, 17th Floor
New York, New York 10038
(212) 558-5500
Fax: (212) 363-2721

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **APRIL BARHYDT, an individual,**<br>Plaintiff,<br><br>vs.<br><br>**MUTUAL PHARMACEUTICALS, INC., UNITED RESEARCH LABORATORIES, PHARMACEUTICAL HOLDINGS CORP., AR SCIENTIFIC, INC., AR HOLDING COMPANY, INC.,**<br>Defendants. | **AFFIDAVIT OF ELLEN RELKIN IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE***<br><br>**08-CV-5140** |

STATE OF NEW YORK     )
                     )SS.:
COUNTY OF NEW YORK   )

ELLEN RELKIN, being duly sworn, hereby deposes and says as follows:

1. I am of counsel to the law offices of Weitz & Luxenberg, P.C., local counsel for plaintiff in the above captioned action. I am familiar with the proceedings in this case. I make this statement based upon my personal knowledge of the facts set forth herein and in support of Plaintiff's Motion to Admit John C. Thornton as counsel *pro hac vice* to represent Plaintiff in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in April 1985. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known John C. Thornton since 2002.

4. Mr. Thornton is a member of the firm of Andrews & Thornton in Irvine, California.

5. I have found Mr. Thornton to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move for the admission of John C. Thornton, *pro hac vice*.

7. I respectfully submit a proposed order granting the admission of John C. Thornton, *pro hac vice*, which is attached hereto as **Exhibit A**.

WHEREFORE, it is respectfully requested that the motion to admit John C. Thornton, *pro hac vice*, to represent Plaintiff in the above captioned matter, be granted.

Dated:  New York, New York
        August 22, 2008

Respectfully submitted,

By: _____
        Ellen Relkin (ER-9536)

180 Maiden Lane, 17th Floor
New York, New York 10038
(212) 558-5500
Fax: (212) 363-2721

Sworn to before me this
22nd day of August 2008

_____
NOTARY PUBLIC
DEBORAH A. SAVOURS
Notary Public, State of New York
No. 01SA4944330
Qualified in Nassau County
Commission Expires Dec. 27, 2010

2

**THE STATE BAR OF CALIFORNIA**

MEMBER SERVICES CENTER

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA  94105-1639

TELEPHONE: 888-800-3400

July 29, 2008

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, JOHN CARLETON THORNTON, #84492 was admitted to the practice of law in this state by the Supreme Court of California on November 29, 1978; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records

# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

**APRIL BARHYDT, an individual,**
        Plaintiff,

vs.

**ORDER FOR *PRO HAC VICE* ADMISSION**

**MUTUAL PHARMACEUTICALS, INC.,
UNITED RESEARCH LABORATORIES,
PHARMACEUTICAL HOLDINGS CORP.,
AR SCIENTIFIC, INC., AR HOLDING
COMPANY, INC.,**
        Defendants.

08-CV-5140

---

    Upon the motion of ELLEN RELKIN, attorney for Plaintiff, April Barhydt, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED that**

| | |
|---|---|
| Applicant's Name: | JOHN C. THORNTON |
| Firm Name: | Andrews & Thornton |
| Address: | 2 Corporate Park, Suite 110 |
| City/State/Zip: | Irvine, California 92606 |
| Phone/Fax Number: | 949-748-1000; 949-315-3540 |
| Email Address: | jct@andrewsthornton.com |

is admitted to practice *pro hac vice* as counsel for Plaintiff, April Barhydt in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. This action is assigned to the Electronic Case Filing (ECF) system, thus counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: _____, 2008
       White Plains, New York

                                    SO ORDERED:

                                    _____
                                    WILLAM C. CONNER, USDJ

# CERTIFICATE OF SERVICE

I, Ellen Relkin, local counsel to the attorneys for the plaintiff, do hereby certify that a copy of the foregoing MOTION TO ADMIT COUNSEL PRO HAC VICE and proposed ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION was served upon all counsel by first-class mail, postage prepaid, this 22 day of August 2008, addressed as follows:

Anne Andrews, Esq.
John Thornton, Esq.
Andrews & Thornton
*Attorneys for Plaintiff*
2 Corporate Park, Suite 110
Irvine, CA  92606
Tel: (949) 748-1000
Fax: (949) 315-3548

-and-

Michael D. Shalhoub, Esq.
Goldberg Segalla, LLP
*Attorneys for Defendants*
170 Hamilton Avnenue, Suite 203
White Plains, NY  10601-1717

_____
ELLEN RELKIN (ER-9536)

3