AUG. 21. 2008 11:13AM     GOLDBERG SEGALLA LLP          NO. 1608   P. 2
                              914 798 5401              914 798 5401   P.02 *LHL*

**ORIGINAL**                               *Conner, J*

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
_____

APRIL BARHYDT, and individual,

                    Plaintiff,    **STIPULATION AND ORDER**

-against-                                         ECF CASE

MUTUAL PHARMACEUTICALS, INC.,                     Case No.: 08-CV-5140
UNITED RESEARCH LABORATORIES,
PHARMACEUTICAL HOLDINGS CORP.,                    Judge William C. Conner
AR SCIENTIFIC, INC., AR HOLDING
COMPANY, INC.,

                    Defendants.
_____

    **IT IS HEREBY STIPULATED AND AGREED** as and between the undersigned parties that the defendants, MUTUAL PHARMACEUTICALS, INC., UNITED RESEARCH LABORATORIES, PHARMACEUTICAL HOLDINGS CORP., AR SCIENTIFIC, INC., AR HOLDING COMPANY, INC., in the above-captioned matter shall have up to and including September 15, 2008 to answer, move or otherwise appear regarding the Complaint of plaintiff, APRIL BARHYDT.

    It is further stipulated and agreed that a facsimile copy of this stipulation may be filed with the Clerk of the Court as if it was an original.

Dated: White Plains, New York
          August 19, 2008

                                    Respectfully Submitted,

                                    GOLDBERG SEGALLA, LLP

                                    */s/ Michael D. Shalhoub*

                                    Michael D. Shalhoub (MS 2879)
                                    *Attorneys for Defendants*
                                    170 Hamilton Ave., Suite 203
                                    White Plains, New York 10601-1717
                                    Tel: (914) 798-5400
                                    Fax: (914) 798-5401

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

    RECEIVED TIME   AUG. 19.  11:18AM           PRINT TIME   AUG. 19.  11:20AM

                    e-
          COPIES MAILED TO COUNSEL OF RECORD

AUG. 21. 2008 11:13AM     GOLDBERG SEGALLA LLP                              NO. 1608   P. 3
                          914 798 5401                                      914 798 5401   P.03

Respectfully submitted,

WEITZ & LUXENBERG, P.C.

_____
Ellen Relkin, Esq. (ER-9536)
*Attorneys for Plaintiff*
189 Maiden Lane, 17th Floor
New York, New York 10038
Tel: (212) 558-5500
Fax: (212) 363-2721

IT IS SO ORDERED:

Dated: ~~August~~ Sept. 3, 2008
       White Plains, NY

_____
UNITED STATES DISTRICT JUDGE
HONORABLE WILLIAM C. CONNER